

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
alease@karpf-law.com

April 9, 2018

**VIA ECF ONLY**

The Honorable Anne Y. Shields
United States District Court, EDNY
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

       **Re:**    *Patricia Montanino v. Suffolk County Board of Elections*
              **Civil Action No.: 17-4480**

Dear Judge Shields:

    Please accept this joint letter on behalf of the Parties in accordance with the Court's October 16, 2017 Order (ECF No. 12) and the February 27, 2018 Electronic Order:

(a) <u>Fact discovery</u>: Defendant has served Plaintiff with supplemental responses today and Plaintiff is in the process of reviewing same. Plaintiff's deposition is confirmed for April 11th and Defendant's depositions are confirmed for April 19th and 20th;
(b) <u>Expert discovery</u>: neither party anticipates engaging in any expert discovery;
(c) <u>Dispositive motions</u>: Defendant has indicated that it will be filing a dispositive motion. The current deadline of July 7, 2018 is agreeable to the Parties; and
(d) <u>Settlement conference</u>: Plaintiff is willing to schedule and attend a settlement conference at the Court's earliest convenience. Defendant states that it is premature to schedule a settlement conference and will not agree to schedule one at this time.

    Thank you for the Court's attention to this matter. Please let us know if the Court requires any additional information.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Adam C. Lease*
Adam C. Lease

Pennsylvania - New Jersey - New York



# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

cc (via ECF):
Leonard Kapsalis, Esq.